IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

TUFCO L.P.,

    Plaintiff,

v.

Case No. 1:21-cv-1199-WCG

RECKITT BENCKISER (ENA) B.V.,

    Defendant.

---

### DECLARATION OF MATTHEW LINDSEY
### IN OPPOSITION TO TUFCO'S MOTION TO COMPEL

---

Matthew Lindsey, under penalty of perjury, declares as follows:

1. I am Head of Customer Service at Reckitt Benckiser (ENA) B.V. ("RB"). I submit this declaration based on my personal knowledge and in opposition to Tufco L.P.'s ("Tufco") Motion to Compel Discovery.

2. With regards to the products at issue, RB does not earmark productions when fulfilling customer purchase orders. Instead, RB's co-packers and internal manufacturing sites provide the product; the product is collected at distribution centers across the country; and then that product is shipped to RB's customers, irrespective of which co-packer manufactured the specific canisters.

3. Orders come into RB via an electronic data exchange or an EDI to RBs SAP software. If a particular order is cut, RB's computer system automatically alerts the retailer that the order was cut via EDI. This communication is automated, and occurs computer-to-computer,

system-to-system. There are no direct communications or emails to customers notifying them of any cut.

4.  There are no written agreements with the customers at issue except for standard vendor agreements/terms and conditions. Rather, orders are made via purchase order and subject to those standard terms and conditions. As to the purchase orders, there are no physical paper purchase orders. Purchase terms are communicated from customers to Reckitt via its electronic data exchange and stored in SAP's manufacturing software.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of February, 2025.

Dated: February 14, 2025

By: /s/ *Matthew Lindsey*
Matthew Lindsey