# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**TUFCO LP,**

                Plaintiff,

         v.                        **TELEPHONE CONFERENCE**
                                                 Case No. 21-C-1199

**RECKITT BENCKISER (ENA) BV,**

                Defendant.

---

HONORABLE WILLIAM C. GRIESBACH presiding      Time Called: 1:32 p.m.
Proceeding Held: April 9, 2025      Time Concluded: 2:35 p.m.
Deputy Clerk: Kyle      Tape: Zoom 040925

**Appearances:**

    **Plaintiff:**    Laith Mosely, Matthew Lasky

    **Defendant:**    Michael Futterman, Jenna Passerino, Tamar Kelber

---

This matter was set on the court's calendar to address Plaintiff's motion to compel (Dkt. No. 95).

The court inquires as to the status.

Mr. Mosely outlines the status of discovery and Plaintiff's outstanding discovery requests.

Mr. Futterman responds to Mr. Mosely's claims.

The court finds Plaintiff's suspicion is not unfounded, but that all the available information has been produced in response to Plaintiff's discovery requests.

The court neither grants nor denies the motion but will terminate it. The court invites Plaintiff to renew the motion for attorney fees and sanctions in the event the information reveals that Reckitt was either withholding or not producing the necessary information.

The court APPROVES the parties' stipulation to extend deadlines (Dkt. No. 109) and amends the scheduling order as follows:

a. Completion of Fact Discovery: **June 30, 2025**
b. Expert Witness disclosures: **August 11, 2025**
c. Rebuttal Expert Witness disclosures: **September 12, 2025**
d. Close of Expert Discovery: **October 7, 2025**
e. Dispositive Motion deadline: **November 7, 2025**