NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN



*FIRM and AFFILIATE OFFICES*

MICHAEL R. FUTTERMAN
DIRECT DIAL: +1 973 424 2082
PERSONAL FAX: +1 973 718 4592
*E-MAIL:* MRFutterman@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

July 31, 2025

**VIA ECF**

The Hon. William C. Griesbach, U.S.D.J.
United States Courthouse, Room 203
125 South Jefferson Street
Green Bay, Wisconsin 54301-4541

      Re:    **TUFCo L.P. v. Reckitt Benckiser (ENA) B.V.**
                **Case No. 21-cv-1199 (WCG)**

Dear Judge Griesbach:

      As you are aware, this firm represents Reckitt Benckiser (ENA) B.V. ("Reckitt") in the above-referenced matter. I write to call your attention to an issue that has arisen and respectfully request a conference with the Court as soon as possible so that it can be appropriately and promptly addressed. As noted below, we have discovered additional responsive documents, want to minimize any prejudice caused by the same, and require Your Honor's assistance in doing so.

      In preparing an opposition to one of the pending motions, I requested from our IT group a report of all client documents in our database to demonstrate to the Court the volume of documents that had been collected and reviewed. While as expected, the report listed a substantial number of documents, I noticed, for the very first time, that several custodians had document counts that were lower than expected. After looking into the issue, I learned that contrary to our prior understanding, the queues (collections of witness emails) we received from prior counsel did not contain all of the emails for these few custodians. Because of the collective volume of documents and the fact that thousands of documents were reviewed and produced from these very custodians (from their own queues and others), we had no reason to believe documents were missing. Nevertheless, I am concerned that responsive documents may not have been reviewed and produced.

      As soon as we learned of this issue, I requested that Reckitt provide us with the full queues for these custodians. We have received the same and they have been deduplicated, including against the other twelve custodians, as there is likely significant overlap. We have formulated new



search terms to use in addition to prior ones and are in the process of applying the same to determine exactly how many unique documents are at issue. We have also hired eight contract attorneys so that the review can be quick.

Upon learning of this situation, I immediately contacted Tufco's counsel. I had hoped that we could work cooperatively to mitigate any negative effects of this supplemental production and identify circumstances for potentially re-deposing any witnesses. I also expressed that, should the need to re-depose any Reckitt employees arise, Reckitt will cover the costs of the same, and will work with Tufco on other appropriate and reasonable measures.

Since that time, I have engaged in various meet-and-confer emails with Tufco's counsel but, unfortunately, have been unable to come to agreement on next steps. I am concerned that the deadline for exchanging expert reports is just two weeks away. Any issues regarding additional discovery should be worked out before the report deadline, so that Tufco does not suffer (or allege) any prejudice from its experts not having the benefit of all relevant documents.

Under the circumstances, it seems that a short extension of all deadlines, including the recent discovery end date, to address these issues is appropriate.[1] As such, we respectfully request a conference before the Court to discuss the same.

We sincerely regret the situation and apologize to the Court and to Tufco for this incident. We will make every effort to mitigate any inconvenience or delay this has caused.

Thank you for your kind attention to this matter.

Respectfully yours,

*/s/ Michael R. Futterman*

Michael R. Futterman

MRF

---

[1] Inasmuch as Tufco is continuing to seek additional discovery with its motion to compel another 30(b)(6) deposition, the schedule has previously been extended without objection, and there is no trial date, it is clear that a short extension is the least prejudicial way to address the situation.