# UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF WISCONSIN**

**TUFCO LP,**

          Plaintiff,

         v.                            **TELEPHONE CONFERENCE**
                                                        Case No. 21-C-1199

**RECKITT BENCKISER (ENA) BV,**

          Defendant.

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Time Called: 10:30 a.m. |
| Proceeding Held: August 8, 2025 | Time Concluded: 10:54 a.m. |
| Deputy Clerk: Kyle | Tape: Zoom 080825 |

**Appearances:**

    **Plaintiff:**      Matthew Lasky, Laith Mosely

    **Defendant:**   Michael Futterman, Tamar Kelber

---

This matter was set on the court's calendar in response to Defendant's letter request regarding additional response materials (Dkt. No. 127).

The court takes no action today on the motion to compel.

Mr. Futterman explains how the documents at issue for this hearing are a different set of documents and is separate from the pending motion to compel.

Mr. Futterman requests an extension of 45 days.

Mr. Mosley offers argument in response to Defendant's position.

Mr. Mosely prefers the court order a shortened amount of time of three weeks.

The court directs the defendant to provide supplemental discovery within 30 days.

The reply brief to the motion is due two weeks after the supplemental disclosure is made.